**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02005-PAB-CBS

PATRICIA VILLALVA,

    Plaintiff,

v.

DILLON COMPANIES, INC. dba KING SOOPERS DIV,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), Final Judgment is entered as follows:

    Pursuant to the Order [Docket No. 45] of U.S. District Judge Philip A. Brimmer entered on December 23, 2013, it is

    **ORDERED** that defendant's Motion for Summary Judgment [Docket No. 18] is **GRANTED** in part and **DENIED** in part.  It is further

    **ORDERED** that defendant's Motion for Summary Judgment [Docket No. 18] is **GRANTED** as to plaintiff's gender discrimination, hostile work environment, and retaliation claims.  It is further

    **ORDERED** that plaintiff's state-law claims are dismissed without prejudice.  It is further

    **ORDERED** this case is dismissed in its entirety.  It is further

**ORDERED** that the defendant DILLON COMPANIES, INC. dba KING SOOPERS DIV, is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk